UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

YOUNG-HEE JU,

Defendant.

Hon. Katharine S. Hayden
Crim. No. 12-483

**CONSENT ORDER
EXTENDING SURRENDER DATE**

This matter having come before the Court on motion by Young-Hee Ju, by her attorney, Lorraine Gauli-Rufo, for an order extending the defendant's voluntary surrender date from June 30, 2015 to August 1, 2015; and Anthony Moscato, Esq., AUSA and Jennifer Powers, Pretrial Service Officer having no objection to this request and for good cause shown, for the reasons stated in the letter to this Court on June 17, 2015, and for good cause shown,

IT IS ON THIS 16th day of JUNE 2015:

ORDERED that the date on which defendant Young-Hee Ju shall voluntarily surrender to an institution designated by the Bureau of Prisons is hereby modified from June 30, 2015 to August 1, 2015.

_____
HON. KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE